Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 15–33990–MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Anthony Garofano | Monica Garofano |
| 30 Berkshire Drive | 30 Berkshire Drive |
| Howell, NJ 07731–2357 | Howell, NJ 07731–2357 |

Social Security No.:
   xxx–xx–6263                                                          xxx–xx–9118

Employer's Tax I.D. No.:

---

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608–1507

on 2/18/20 at 09:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 01/30/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Smith, Sherri)


Dated: 1/31/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court