Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 15−33990−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Anthony Garofano  
30 Berkshire Drive  
Howell, NJ 07731−2357

Monica Garofano  
30 Berkshire Drive  
Howell, NJ 07731−2357

Social Security No.:
   xxx−xx−6263                                           xxx−xx−9118

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 2/18/20 at 09:00 AM

to consider and act upon the following:

*83* − Creditor's Certification of Default (related document:65 Order on Motion For Relief From Stay) filed by Sherri Jennifer Smith on behalf of SPECIALIZED LOAN SERVICING LLC. Objection deadline is 01/30/2020. (Attachments: # 1 Proposed Order # 2 Attorney Certification # 3 Certificate of Service # 4 Exhibit A) (Smith, Sherri)

Dated: 1/31/20

Jeanne Naughton<br>
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Garofano  
Monica Garofano  
      Debtors

Case No. 15-33990-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin              Page 1 of 1          Date Rcvd: Jan 31, 2020  
                        Form ID: ntchrgbk        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 02, 2020.
db/jdb         Anthony Garofano,    Monica Garofano,    30 Berkshire Drive,    Howell, NJ 07731-2357
cr            +SPECIALIZED LOAN SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    1617 JFK Boulevard,
       Suite 1400,    Philadelphia, PA 19103-1814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 31, 2020 at the address(es) listed below:
         Albert   Russo    docs@russotrustee.com
         Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
         Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.
          alex@winstonandwinston.com
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC
          dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
         James J. Cerbone    on behalf of Debtor Anthony   Garofano cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
         James J. Cerbone    on behalf of Joint Debtor Monica   Garofano cerbonelawfirm@aol.com,
          cerbonejr83307@notify.bestcase.com
         James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. shay@bbs-law.com,
          jpshay@gmail.com
         Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,
          mdepietro@stark-stark.com
         John D. Krohn    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com
         John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,
          jgould@stark-stark.com
         Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.
          nj.bkecf@fedphe.com
         Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC
          nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
                                                                                      TOTAL: 13