| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>833993<br>PHELAN HALLINAN DIAMOND & JONES, PC<br>1617 JFK Boulevard, Suite 1400<br>Philadelphia, PA 19103<br>856-813-5500<br>Attorneys for SPECIALIZED LOAN SERVICING LLC | **Order Filed on February 20, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>   ANTHONY GAROFANO<br>   MONICA GAROFANO<br><br>   Debtors | Case No.: 15-33990 - MBK<br><br>Hearing Date:<br><br>Judge: MICHAEL B KAPLAN<br><br>Chapter: 13 |

Recommended Local Form:   ☐ Followed   ☒ Modified

### ORDER VACATING STAY

_____   The relief set forth on the following page is hereby **ORDERED**.

**DATED: February 20, 2020**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Upon the motion of SPECIALIZED LOAN SERVICING LLC, under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real Property more fully described as:

                30 BERKSHIRE DRIVE, HOWELL TOWNSHIP, NJ 07731-2357

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described as:


It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

*rev. 7/12/16*

United States Bankruptcy Court
District of New Jersey

In re:  
Anthony Garofano  
Monica Garofano  
    Debtors

Case No. 15-33990-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Feb 21, 2020  
                    Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 23, 2020.  
db/jdb        Anthony Garofano,    Monica Garofano,    30 Berkshire Drive,    Howell, NJ   07731-2357

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                            TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                            TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 23, 2020                                  Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 21, 2020 at the address(es) listed below:

       Albert   Russo    docs@russotrustee.com  
       Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Aleksander Piotr Powietrzynski    on behalf of Creditor    JPMORGAN CHASE BANK, N.A.  
        alex@winstonandwinston.com  
       Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       Denise E. Carlon    on behalf of Creditor    Specialized Loan Servicing, LLC  
        dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
       James J. Cerbone    on behalf of Debtor Anthony   Garofano cerbonelawfirm@aol.com,  
        cerbonejr83307@notify.bestcase.com  
       James J. Cerbone    on behalf of Joint Debtor Monica   Garofano cerbonelawfirm@aol.com,  
        cerbonejr83307@notify.bestcase.com  
       James Patrick Shay    on behalf of Creditor    WELLS FARGO BANK, N.A. shay@bbs-law.com,  
        jpshay@gmail.com  
       Jennifer D. Gould    on behalf of Creditor    Steward Financial Services jgould@stark-stark.com,  
        mdepietro@stark-stark.com  
       John D. Krohn    on behalf of Creditor    WELLS FARGO BANK, N.A. nj.bkecf@fedphe.com  
       John L. Laskey    on behalf of Creditor    Steward Financial Services jlaskey@stark-stark.com,  
        jgould@stark-stark.com  
       Michael Frederick Dingerdissen    on behalf of Creditor    WELLS FARGO BANK, N.A.  
        nj.bkecf@fedphe.com  
       Sherri Jennifer Smith    on behalf of Creditor    SPECIALIZED LOAN SERVICING LLC  
        nj.bkecf@fedphe.com,   nj.bkecf@fedphe.com  
                                                                 TOTAL: 13