UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

JAMES J. CERBONE, ESQUIRE- 4036
2430 HIGHWAY 34
BUILDING B, SUITE 22
WALL, NEW JERSEY 08736
(732) 681-6800
Attorney for Debtor

Order Filed on December 1, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

ANTHONY & MONICA GAROFANO

Case No.:                    15-33990

Hearing Date:

Judge:                    Michael B Kaplan

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
ORDERED.

**DATED: December 1, 2020**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

It is ORDERED that _____ James J. Cerbone, Esquire _____, the applicant, is allowed a

fee of $ _____ 875.00 _____ for services rendered as set forth in applicant's *Certification of*

*Debtor's Counsel Supporting Supplemental Chapter 13 Fee.*  The allowance shall be payable:

☑      Through the chapter 13 plan as an administrative priority.

❑      Outside the plan.

Local Form 14; revised May 23, 2002

United States Bankruptcy Court

District of New Jersey

In re:                                                                    Case No. 15-33990-MBK

Anthony Garofano                                                          Chapter 13

Monica Garofano

     Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3                    User: admin                              Page 1 of 2

Date Rcvd: Dec 01, 2020                 Form ID: pdf903                       Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 03, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Anthony Garofano, Monica Garofano, 30 Berkshire Drive, Howell, NJ 07731-2357 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2020                    Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Andrew L. Spivack | on behalf of Creditor WELLS FARGO BANK  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Debtor Anthony Garofano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Joint Debtor Monica Garofano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |

District/off: 0312-3
Date Rcvd: Dec 01, 2020
User: admin
Form ID: pdf903
Page 2 of 2
Total Noticed: 1

James Patrick Shay
    on behalf of Creditor WELLS FARGO BANK  N.A. shay@bbs-law.com, jpshay@gmail.com

Jennifer D. Gould
    on behalf of Creditor Steward Financial Services jgould@stark-stark.com  mdepietro@stark-stark.com

John D. Krohn
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

John L. Laskey
    on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com  jgould@stark-stark.com

Michael Frederick Dingerdissen
    on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

Sherri Jennifer Smith
    on behalf of Creditor SPECIALIZED LOAN SERVICING LLC ssmith@pincuslaw.com  nj.bkecf@fedphe.com


TOTAL: 13