| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Anthony Garofano | Social Security number or ITIN xxx–xx–6263 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Monica Garofano | Social Security number or ITIN xxx–xx–9118 |
| | First Name   Middle Name   Last Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15–33990–MBK | |

# Order of Discharge                                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Anthony Garofano                                      Monica Garofano

5/20/21                                      **By the court:** <u>Michael B. Kaplan</u>
                                                                    United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 15-33990-MBK |
| Anthony Garofano | Chapter 13 |
| Monica Garofano | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 4 |
| Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 59 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 22, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Anthony Garofano, Monica Garofano, 30 Berkshire Drive, Howell, NJ 07731-2357 |
| cr | + | JPMORGAN CHASE BANK, N.A., c/o Winston & Winston, P.C., 750 Third Avenue, Suite 978, New York, NY 10017-2703 |
| cr | + | SPECIALIZED LOAN SERVICING LLC, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | Steward Financial Services, c/o Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2316 |
| cr | + | WELLS FARGO BANK, N.A., Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| 515920223 | + | Bay Ridge Federal Credit, Attn: Collection Dept, 1750 86th Street, Brooklyn, NY 11214-3715 |
| 515920226 | | Chase, PO Box 901003, Columbus, OH 43224 |
| 515920228 | + | City of New York, PO Box 3600, New York, NY 10008-3600 |
| 515920229 | | Dermone Dermatology of NJ, PO box 4979, Toms River, NJ 08754-4979 |
| 515920230 | + | Ditech Financial, 332 Minnesota St ste 610, Saint Paul, MN 55101-1314 |
| 515920232 | | Elbaum, Krost & Elbaum, 501 Iron Bridge Road, Suite 14, Freehold, NJ 07728-5305 |
| 515920233 | + | Empire Recovery Lockbox, PO Box 92221, Cleveland, OH 44193-0003 |
| 515920236 | + | Gary Broosell DDS, 21 Gilbert Street N, Red Bank, NJ 07701-4950 |
| 515920237 | | Gateway Energy Services, PO Box 180, Tulsa, OK 74101-0180 |
| 515920238 | + | Genpact LLC, PO Box 727, Wilkes Barre, PA 18703-0727 |
| 515920239 | + | Global Anesthesia Group, 26 Throckmorton lane, Second Floor, Old Bridge, NJ 08857-2579 |
| 515920240 | | Icon Pathology, 1050 Wall Street West, Suite 360, Lyndhurst, NJ 07071-3604 |
| 515920242 | + | Jefferson Capital System, Attn; Convergent Outsourcing, PO Box 9004, Renton, WA 98057-9004 |
| 515920243 | + | MRS Associates, 1930 Olney Avenue, Cherry Hill, NJ 08003-2016 |
| 515920244 | + | National Loan Recoveries LLC, 2777 Summer Ste #701, Stamford, CT 06905-4310 |
| 515920246 | + | New Century Financial Services, Attn: Pressler & Pressler, 7 Entin Drive, Parsippany, NJ 07054-5020 |
| 515920248 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517423195 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 517423196 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 515945568 | + | Steward Financial Services, Stark & Stark, 993 Lenox Drive, Lawrenceville, NJ 08648-2389 |
| 517313487 | #+ | Steward Financial Services, 444 East Kings Highway, Maple Shade, NJ 08052-3427 |
| 515920254 | | Transworld Systems, PO Box 15095, Wilmington, DE 19850-5095 |
| 515920255 | | Universital Fidelity LP, PO Box 219785, Houston, TX 77218-9785 |
| 516142214 | | Wells Fargo Bank, N.A, P.O. Box 45038 MAC Z3057012, Jacksonville, FL 322325038 |
| 515920259 | + | Xcel Federal Credit Union, 1460 Broad Street, Bloomfield, NJ 07003-3014 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 20 2021 21:24:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | | |

Case 15-33990-MBK    Doc 113    Filed 05/22/21    Entered 05/23/21 00:16:22    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| | | | May 20 2021 21:24:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516014963 | | EDI: AIS.COM | May 21 2021 00:33:00 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 515920224 | + | EDI: CAPITALONE.COM | May 21 2021 00:33:00 | Capital One Bank, PO Box 71083, Charlotte, NC 28272-1083 |
| 515997059 | | EDI: CAPITALONE.COM | May 21 2021 00:33:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515920227 | + | Email/Text: compliance@chaserec.com | May 20 2021 21:25:00 | Chase Receivables, 1247 Broadway, Sonoma, CA 95476-7503 |
| 519110983 | + | EDI: LCIBAYLN | May 21 2021 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 519110984 | + | EDI: LCIBAYLN | May 21 2021 00:33:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146, Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables FL 33146-1873 |
| 516119926 | | EDI: ECMC.COM | May 21 2021 00:33:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 515920231 | | EDI: ECMC.COM | May 21 2021 00:33:00 | ECMC, PO Box 64909, Saint Paul, MN 55164-0909 |
| 515920234 | + | Email/Text: bknotice@ercbpo.com | May 20 2021 21:24:00 | Enhanced Recovery Corporation, PO Box 57610, Jacksonville, FL 32241-7610 |
| 515920235 | + | EDI: FSAE.COM | May 21 2021 00:33:00 | First Source Advantage, 205 Bryant Woods South, Buffalo, NY 14228-3609 |
| 515920241 | | EDI: JEFFERSONCAP.COM | May 21 2021 00:33:00 | Jefferson Capital System, 16 McLeland Road, Saint Cloud, MN 56303 |
| 516114145 | | EDI: JPMORGANCHASE | May 21 2021 00:33:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516114535 | | EDI: CHASEAUTO | May 21 2021 00:33:00 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, PO Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 515920245 | + | Email/Text: egssupportservices@alorica.com | May 20 2021 21:24:00 | NCo Financial Systems, 507 Prudential Road, Horsham, PA 19044-2308 |
| 515920247 | + | EDI: AGFINANCE.COM | May 21 2021 00:33:00 | OneMain Financial, 1350 Hooper Avenue, Toms River, NJ 08753-2980 |
| 516857733 | | EDI: PRA.COM | May 21 2021 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 516857734 | | EDI: PRA.COM | May 21 2021 00:33:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 515940459 | | EDI: AGFINANCE.COM | May 21 2021 00:33:00 | SPRINGLEAF FINANCIAL SERVICES, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 515920250 | | EDI: AGFINANCE.COM | May 21 2021 00:33:00 | Springleaf, 601 NW 2nd Street, Evansville, IN 47708-1013 |
| 515920251 | + | Email/Text: jchrist@stewardfs.com | May 20 2021 21:24:00 | Steward Financial Services, PO Box 39, Maple Shade, NJ 08052-0039 |
| 515920252 | | EDI: TDBANKNORTH.COM | May 21 2021 00:33:00 | TD Bank, PO box 84037, Columbus, GA 31908-4037 |
| 515920253 | + | Email/Text: bankruptcydepartment@tsico.com | May 20 2021 21:25:00 | Transwold Systems, 507 Prudential Road, Horsham, PA 19044-2308 |

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 59 |

| | | | | |
|---|---|---|---|---|
| 515920256 | + EDI: VERIZONCOMB.COM | | May 21 2021 00:33:00 | Verizon Wireless, PO Box 26055, Minneapolis, MN 55426-0055 |
| 515920258 | EDI: WFFC.COM | | May 21 2021 00:33:00 | Wells Fargo Home Mortgage, 8480 Stagecoach Drive, Frederick, MD 21701 |
| 516141560 | + EDI: WFFC.COM | | May 21 2021 00:33:00 | WELLS FARGO BANK, N.A., ATTENTION: BANKRUPTCY DEPARTMENT, MAC# D3347-014, 3476 STATEVIEW BLVD., FT. MILL, SC 29715-7203 |
| 515920257 | EDI: WFFC.COM | | May 21 2021 00:33:00 | Wells Fargo Bank, PO Box 5058, MAC P 6053-021, Portland, OR 97208-5058 |
| 516142618 | + EDI: WFFC.COM | | May 21 2021 00:33:00 | Wells Fargo Bank, N.A., PO Box 5058 MAC P6053-021, Portland, OR 97208-5058 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 515920225 | ## | Central Jersey Emergency Medine, PO Box 2680, New Brunswick, NJ 08903-2680 |
| 515920249 | ##+ | Speciality Anesthesia Associates, Attn: Elias Abilheira, Abilheira & Associates, 34 East Main Street, Freehold, NJ 07728-2282 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 22, 2021             Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 20, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Aleksander Piotr Powietrzynski | on behalf of Creditor JPMORGAN CHASE BANK  N.A. alex@winstonandwinston.com |
| Denise E. Carlon | on behalf of Creditor Specialized Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| James J. Cerbone | on behalf of Joint Debtor Monica Garofano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James J. Cerbone | on behalf of Debtor Anthony Garofano cerbonelawfirm@aol.com  cerbonejr83307@notify.bestcase.com |
| James Patrick Shay | on behalf of Creditor WELLS FARGO BANK  N.A. shay@bbs-law.com, jpshay@gmail.com |

District/off: 0312-3 | User: admin | Page 4 of 4
Date Rcvd: May 20, 2021 | Form ID: 3180W | Total Noticed: 59

Jennifer D. Gould
       on behalf of Creditor Steward Financial Services jgould@stark-stark.com mdepietro@stark-stark.com

John D. Krohn
       on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

John L. Laskey
       on behalf of Creditor Steward Financial Services jlaskey@stark-stark.com  jgould@stark-stark.com

Michael Frederick Dingerdissen
       on behalf of Creditor WELLS FARGO BANK  N.A. nj.bkecf@fedphe.com

TOTAL: 11