Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

                          Case No.: 15−33990−MBK
                          Chapter: 13
                          Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Anthony Garofano                             Monica Garofano
   30 Berkshire Drive                             30 Berkshire Drive
   Howell, NJ 07731−2357                 Howell, NJ 07731−2357

Social Security No.:
   xxx−xx−6263                                     xxx−xx−9118

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 22, 2021</u>                <u>Michael B. Kaplan</u>
                                         Judge, United States Bankruptcy Court